FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LINDSAY MARKS, neé ) <br> LINDSAY SCHUMACHER ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 07-1213-MMM-6 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___ for alleged violation(s) of the terms and conditions of his/her [probation] pretrial [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___lack of surety; allegations of violations by Pretrial Services___

1
2
3
4    and/or

5  B.  (X)  The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on: _allegations in PTS violations letters;_
10   _underlying drug trafficking offense._
11
12
13

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.

16
17   Dated:  1/5/10

                                    _/s/ Patrick J. Walsh_
                                    ~~CARLA M. WOEHRLE~~
                                    UNITES STATES MAGISTRATE JUDGE
                                    PATRICK J. WALSH

2